```
                    UNITED STATES DISTRICT COURT
                   CENTRAL DISTRICT OF CALIFORNIA

                       CIVIL MINUTES--GENERAL

Case No. CV 08-5269-RC              Date: February 5, 2009

Title: Richard Calderon vs. Michael J. Astrue, Commissioner of
       Social Security
==================================================================
DOCKET ENTRY


==================================================================
     HON. ROSALYN M. CHAPMAN,  UNITED STATES MAGISTRATE JUDGE

Jake Yerke                       None
Deputy Clerk                     Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFF: ATTORNEYS PRESENT FOR DEFENDANT:
None Present                     None Present
```

**PROCEEDINGS:  (IN CHAMBERS) ORDER TO SHOW CAUSE RE DISMISSAL FOR FAILURE TO DILIGENTLY PROSECUTE**

    By Order dated August 15, 2008, defendant was ordered to file an answer within fourteen days of the settlement conference with plaintiff, and plaintiff was ordered to file a joint stipulation within sixty days of the settlement conference. Defendant's answer was filed December 9, 2008; however, plaintiff has not timely filed the joint stipulation.

    The plaintiff shall show cause why this action should not be dismissed for his failure to timely file a joint stipulation and to diligently prosecute this action.  See Federal Rules Civil Procedure 41(b) and Link v. Wabash Railroad Co., 370 U.S. 626, 629-30 (1962), reh'g denied, 371 U.S. 873 (1962).

    **If plaintiff objects to such dismissal, plaintiff shall file and serve written objections to the dismissal, with supporting memorandum of points and authorities, no later than ten (10) days from the date of this Order.  Failure to file objections or the joint stipulation shall be deemed consent to dismissal of this action.  If plaintiff files the joint stipulation within the ten (10) days, this Order to Show Cause will be discharged.**

                                  Initials of Deputy Clerk hr for jy

case085\08-5269.3
2/5/09