UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RICHARD CALDERON, | ) | No. CV 08-5269-RC |
| Plaintiff, | ) | |
| vs. | ) | JUDGMENT |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | ) | |
| Defendant. | ) | |

    IT IS ADJUDGED that Judgment shall be entered in favor of defendant.

DATED: May 12, 2009     /S/ ROSALYN M. CHAPMAN
                                     ROSALYN M. CHAPMAN
                                UNITED STATES MAGISTRATE JUDGE

R&R-MDO\08-5269.jud
5/11/09